UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 MAR -5 PM 1:10
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. |
| BRANDON MODGLIN, ) | 1:19-cr-0074 JRS-DML |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE
Unlawful Possession of a Firearm by a Convicted Felon
[18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about February 19, 2019, within the Southern District of Indiana, Indianapolis Division, the defendant,

BRANDON MODGLIN,

did knowingly possess in and affecting commerce a firearm, to wit: a Smith and Wesson .40 caliber semiautomatic handgun, serial number FYY0460, after having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

a. Possession of Methamphetamine a Level 6 felony in Marion County (Indiana) under cause number 49G21-1712-F4-047401, on or about July 17, 2018; and/or

b. Fraud a Level 6 felony in Boone County (Indiana) under cause number 06D01-1702-F6-000049, on or about August 11, 2017; and/or

c. Strangulation a Level 6 felony in Marion County (Indiana) under cause number 49G01-1502-F5-006558, on or about July 28, 2017; and/or

d. Dealing in Methamphetamine a Level 2 felony in Marion County (Indiana) under cause number 49G21-1607-F2-025352, on or about February 1, 2017; and/or

   e. Theft a Class D felony in Owen County (Indiana) under cause number 60C01-1101-FD-000028, on or about February 29, 2012; and/or

   f. Battery Resulting in Serious Bodily Injury a Class C felony in Marion County (Indiana) under cause number 49G04-0909-FC-082516, on or about December 18, 2009; and/or

   g. Theft a Class D felony in Marion County (Indiana) under cause number 49G04-0909-FD-083153, on or about December 18, 2009,

in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
Unlawful Possession of a Firearm by a Convicted Felon
[18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about February 19, 2019, within the Southern District of Indiana, Indianapolis Division, the defendant,

BRANDON MODGLIN,

did knowingly possess in and affecting commerce a firearm, to wit: a Walther .22 caliber semiautomatic handgun, serial number L231543, after having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

   a. Possession of Methamphetamine a Level 6 felony in Marion County (Indiana) under cause number 49G21-1712-F4-047401, on or about July 17, 2018; and/or

   b. Fraud a Level 6 felony in Boone County (Indiana) under cause number 06D01-1702-F6-000049, on or about August 11, 2017; and/or

c. Strangulation a Level 6 felony in Marion County (Indiana) under cause number 49G01-1502-F5-006558, on or about July 28, 2017; and/or

d. Dealing in Methamphetamine a Level 2 felony in Marion County (Indiana) under cause number 49G21-1607-F2-025352, on or about February 1, 2017; and/or

e. Theft a Class D felony in Owen County (Indiana) under cause number 60C01-1101-FD-000028, on or about February 29, 2012; and/or

f. Battery Resulting in Serious Bodily Injury a Class C felony in Marion County (Indiana) under cause number 49G04-0909-FC-082516, on or about December 18, 2009; and/or

g. Theft a Class D felony in Marion County (Indiana) under cause number 49G04-0909-FD-083153, on or about December 18, 2009,

in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to: a Smith and Wesson .40 caliber semiautomatic handgun and/or a Walther .22 caliber semiautomatic handgun.

A TRUE BILL:

███████████
FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: *[signature]*
Jeremy A. Morris
Assistant United States Attorney

4